IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM HARRIS | : |
| | : Civil Action |
| | : |
| vs. | : |
| | : No. 08-3746 |
| MICHAEL J. ASTRUE, | : |
| Commissioner of Social Security | : |
| | : |

___

**<u>ORDER</u>**

AND NOW, this 27th day of July, 2009, after consideration of Plaintiff's Request for Review (Doc. No. 11), Defendant's Response in opposition thereto (Doc. No. 14) and the Magistrate Judge's Report and Recommendation (Docket No. 17), it is hereby ORDERED that

1. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation are OVERRULED;

2. The Magistrate Judge's Report and Recommendation is APPROVED AND ADOPTED;

3. Plaintiff's Request for Review is DENIED and judgment shall be ENTERED in favor of Defendant.

BY THE COURT:

/s/ C. Darnell Jones II

_____

C. DARNELL JONES II     J.